UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:11-cr-8-SEB-MGN-3 |
| ) | |
| ZACHARY BABCOCK, ) | |
| ) | |
| Defendant ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Report and Recommendation dated June 10, 2013, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED.   The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of fifteen (15) months with no term of supervised release to follow.   The Court further recommends the Defendant for placement in a drug and alcohol treatment program while incarcerated at the Bureau of Prisons.

Date:  06/13/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

All Electronically registered counsel of record via CM/ECF

U.S. Marshal

U.S. Probation